FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

09-28627

In re **Thomas Anthony Estock**                                    Case No.
                                    Debtor(s)                      Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Thomas Anthony Estock** | S.S.# **xxx-xx-6941** |
| | (W) | S.S.# |
| ADDRESS: | **961 Munford Ave.** | |
| | **Munford, TN 38058** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **2,309.00** | **MONTHLY** |
| PAYROLL DEDUCTION: | **DIRECT PAY** | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Dowco Construction** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

                                                                    MONTHLY PLAN PMT.

| | | | | | |
|---|---|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | | | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | | | $ **-NONE-** |
| | Child support arrearage amount | | | | $ |
| PRIORITY CREDITORS: | **Internal Revenue Service ($5,721.00)** | | | | $ **96.00** |
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | | |
| **Wells Fargo** | $1,670.83 Ongoing pmt. Begin 10/1/09 | | | | $ **1,670.83** |
| | Approx. arrearage | **15,534.00** | Interest **0.00** % | | $ **259.00** |

| SECURED CREDITORS; | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | | | |
| **Citizens Automobile Finance** | $ **8,948.00** | **5.25** % | $ **170.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay _% of these claims after above claims are paid or pay all disposable income for term of plan; to be determined by the Chapter 13 Trustee.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Laura L. Sanford 19575**
**Laura L. Sanford, P.C.**
**9043 Barret Road**
**Barretville, TN 38053**
**(901) 829-5005 Fax:(901) 829-4343**