# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS ANTHONY ESTOCK<br><br>Debtor(s) | Case No. 09-28627-K |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

George W. Stevenson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/10/2009.

2) The plan was confirmed on 11/19/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/24/2010.

5) The case was converted on 01/25/2010.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,405.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,927.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $6,927.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,350.01 |
| Court Costs | $274.00 |
| Trustee Expenses & Compensation | $126.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,750.74

Attorney fees paid and disclosed by debtor: $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIZENS AUTO FINANCE | Secured | 8,949.00 | 0.00 | 8,734.93 | 129.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 19,112.00 | 0.00 | 19,594.73 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 0.00 | 327.29 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 5,721.00 | 0.00 | 5,402.07 | 96.00 | 0.00 |
| WELLS FARGO | Secured | NA | 0.00 | 0.00 | 4,951.26 | 0.00 |
| WELLS FARGO | Secured | 15,534.00 | 0.00 | 15,575.54 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $4,951.26 | $0.00 |
| Mortgage Arrearage | $15,575.54 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,734.93 | $129.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,310.47** | **$5,080.26** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,402.07 | $96.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,402.07** | **$96.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$19,922.02** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,750.74 |
| Disbursements to Creditors | $5,176.26 |
| **TOTAL DISBURSEMENTS** : | **$6,927.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/05/2010            By: /s/ George W. Stevenson
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0651-2          User: CSAW1              Page 1 of 1            Date Rcvd: Mar 08, 2010
Case: 09-28627                Form ID: pdftr01         Total Noticed: 1

The following entities were noticed by first class mail on Mar 10, 2010.
db           +Thomas Anthony Estock,   961 Munford Ave.,   Munford, TN 38058-8607

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                       **Signature:** _Joseph Speetjens_